Priority —
Send —
Enter —
Closed —
JS-5/JS-6 ✓
JS-2/JS-3 —
Scan Only —

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIO GUTIERREZ, | Case No. SA CV 06-577-R (OP) |
| Petitioner, | JUDGMENT |
| vs. | |
| DERRICK L. OLLISON, Warden (Acting), | |
| Respondents. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 29, 2009

HONORABLE MANUEL L. REAL
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge